UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Aaron T Gary,**<br>    **Debtor .**<br>**Wells Fargo Bank, N.A.,**<br>    **Movant,**<br>      v.<br>**Aaron T Gary,**<br>    **Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>    **Trustee/Additional Respondent.** | **Bankruptcy No. 25-13093-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: February 24, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Hearing Location: 900 Market Street,**<br>**Suite 204 Philadelphia, PA 19107**<br>**Courtroom Number #4** |

**MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A. FORECLOSURE OF 5302 AKRON ST. PHILADELPHIA, PENNSYLVANIA 19124**

Wells Fargo Bank, N.A. ("Movant"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Aaron T Gary ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on August 4, 2025.

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On August 26, 2020, Aaron T Gary executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $132,554.00

in favor of Absolute Home Mortgage Corporation, a New Jersey Corporation. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded September 15, 2020 in Document ID 53716844 of the Public Records of Philadelphia County, PA. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 5302 Akron St. Philadelphia, Pennsylvania 19124, (the "Property").

6. The loan was last assigned to Wells Fargo Bank, N.A. and same recorded with the Philadelphia County Recorder of Deeds on January 15, 2021, at Document ID 53778699. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".

7. Movant is the holder of the note ("noteholder"), and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to noteholder or has been duly endorsed.

8. Based upon the Debtor(s)' Chapter 13 Plan ("Plan") (at Docket No. 17), the Trustee intends to cure pre-petition payment arrears due to Movant through the Chapter 13 Plan and the Debtor remains responsible for remitting all post-petition payments directly to Movant. A true and correct copy of the Chapter 13 Plan is attached hereto as Exhibit "D".

9. As of January 8, 2026, the Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $973.30 which came due on September 1, 2025, and $971.16, which came due on October 1, 2025, through January 1, 2026, respectively.

10. As of January 8, 2026, the Debtor(s)' post-petition arrears total $4,857.94. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly

    payments that become due beyond the cure period alleged above. In addition, as this Motion for Relief is timely filed, if applicable, Debtor is also responsible for related legal fees and costs in prosecution of this action, which may be deemed recoverable.

11. As of January 8, 2026, the unpaid principal balance due under the loan documents is $124,086.73. Movant's total claim amount, itemized below, is $147,161.88. *See* Exhibit "F".

| | |
|---|---|
| Unpaid Principal Balance | $124,086.73 |
| Interest (From 10/1/2023 To 01/8/2026) | $9,162.28 |
| Escrow Advance | $10,304.45 |
| Mortgage Insurance Premium | $81.42 |
| Breakdown of Other Fees | $3,434.68 |
| Accumulated Late Charges | $92.32 |
| Payoff Total | $147,161.88 |

12. According to the Debtor's Philadelphia County Tax Assessor's Office the value of the Property as $162,400.00. A true and accurate copy of Philadelphia County Tax Assessor's Office is attached hereto as Exhibit "G".

13. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

14. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

15. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or

future default in the event the partial payments are not enough to cure the entire default.

16. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

17. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Wells Fargo Bank, N.A. to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek recovery of reasonable attorney fees which may be deemed recoverable and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date: January 29, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar Number 334053
Email: jkatz@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| **In re:**<br>**Wardie Lee Murden** | **CHAPTER:** | 13 |
| **Debtor** | **CASE NO.** | **25-11344-djb** |

### DECLARATION OF INDEBTEDNESS

Property Address:
<u>6348 North 18th Street, Philadelphia, Pennsylvania 19141</u>

Mortgage Servicer:
<u>SELENE FINANCE LP</u>

Post-petition mailing address for Debtor(s) to send payment:
<u>Selene Finance LP, Attn: Bk Dept., 3501 Olympus Boulevard, Suite 500, Dallas, Texas 75019</u>

Mortgagor(s)/Debtor(s):
<u>Wardie Lee Murden</u>

Payments are contractually due:

☒ Monthly  ☐ Semi-monthly   ☐ Bi-weekly   ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest.....   <u>$781.12</u>
R.E. Taxes......................   <u>$280.81</u>
Insurance.......................   <u>$0.00</u>
Late Charge....................   <u>$0.00</u>
Other.............................   <u>$0.00</u>     (Specify: <u>N/A</u>)
**TOTAL**..........................   <u>$1,061.93</u>

**POST-PETITION PAYMENTS** (Petition was filed on <u>April 4, 2025</u>)

| Arrears Due | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| Arrear Due | $0.00 | $1,061.93 | November 1, 2025 | $126.21 | $0.00 |
| Arrear Due | $0.00 | $1,061.93 | December 1, 2025 | $0.00 | $0.00 |
| Arrear Due | $0.00 | $1,061.93 | January 1, 2026 | $0.00 | $0.00 |
| Total | | $3,185.79 | | $126.21 | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of January 13, 2026.

TOTAL AMOUNT OF POST-PETITION ARREARS: total $3,185.79, less suspense balance ($126.21), for total arrears in the amount of $3,059.58 as of January 13, 2026.

I hereby certify, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that I have examined the information in the foregoing, and have a reasonable belief that the information contained herein is true and correct.

Dated: JAN 27 2026

Selene Finance LP
_____
Mortgage Company

_____   Christine Le
(Print Name and Title)   Bankruptcy Specialist

25-11344-djb
25-303563
MFR