**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Aaron T Gary |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 25-13093 |

**Official Form 410S1**

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 8736

**Uniform Claim Identifier:** WFCMGF2513093PAE72848736

**Court claim no.** (if known): 9

**Date of payment change:** Must be at least 21 days after date of this notice — 10/01/2025

**New total payment:** Principal, interest, and escrow, if any — $971.16

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
           Describe the basis for the change. If a statement is not attached, explain why:
           _____

Current escrow payment: _____   New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
           If a notice is not attached, explain why:
           _____

Current interest rate: _____   New interest rate: _____
Current principal and interest payment: _____   New principal and interest payment: _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☑ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

**Reason for change:** Payment change resulting from a decrease in premium for Mortgage Insurance.

Current mortgage payment: $973.30   New mortgage payment: $971.16

---

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Mavis B. Evans                                          Date   09/08/2025
  Signature

Print:  Mavis B. Evans                                        Title   VP Loan Documentation
        First Name      Middle Name     Last Name

Company   Wells Fargo Bank, N.A.                              Specific Contact Information:
Address   MAC N9286-01Y                                       P: 800-274-7025
          P.O. Box 1629                                       E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Minneapolis, MN 55440-9790

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 25-13093 |
| Aaron T Gary | CHAPTER: 13 |
| **Debtor(s).** | |
| _____ / | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before September 08, 2025, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Aaron T Gary
17 Vance Avenue
Sicklerville, NJ 08081-2199

*Debtor's Attorney:*   *By CM / ECF Filing:*

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

*Trustee:*   *By CM / ECF Filing:*

*Trustee:*  KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

/s/ Mark Cardenas
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)